| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David S. Henshaw SBN 271226<br>HENSHAW LAW OFFICE<br>1871 The Alameda<br>Suite 333<br>San Jose, CA 95126<br>(408) 533-1075<br>(408) 583-4016 FAX<br>info@henshawlaw.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Plaintiffs

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION

| In re:<br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br><div align=right>Debtor(s).</div> | CASE NO.:        2:16-bk-13575-TD<br><br>ADVERSARY NO.: 2:16-ap-01278<br><br>CHAPTER:        11 |
|---|---|
| AHA 2012 LLC; FRANK LEE, Co-Trustee of THE LEE LIVING TRUST DATED 6/23/1987; CHRISTOPHER D. LEE; YCJS 2012 LLC; RICHBEST HOLDING LLC<br><br><div align=right>Plaintiff(s).</div><br>vs.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, et. al.,<br><br><div align=right>Defendant(s).</div> | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:           03/21/2016<br>TIME:           11:00 a.m.<br>COURTROOM:   1568<br>ADDRESS:       255 East Temple Street<br>                       Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

## A. <u>PLEADINGS/SERVICE</u>:

1.  Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  **Notice of Removal served.**  ☒ Yes   ☐ No

2.  Have all parties filed and served answers to the Claims Documents?   ☐ Yes   ☒ No

3.  Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No

4.  Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    Plaintiffs: The Plaintiffs are informed and believe that Vanessa Van Holland has not filed and served answers to the Claims Documents.

**B.  <u>READINESS FOR TRIAL</u>:**

1.  When will you be ready for trial in this case?

    <u>Plaintiff</u>                                             <u>Defendant</u>

    See Section F.

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    <u>Plaintiff</u>                                             <u>Defendant</u>

    See Section F.

3.  When do you expect to complete <u>your</u> discovery efforts?

    <u>Plaintiff</u>                                             <u>Defendant</u>

    See Section F.

4.  What additional discovery do you require to prepare for trial?

    <u>Plaintiff</u>                                             <u>Defendant</u>

    See Section F.

**C.  <u>TRIAL TIME</u>:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    <u>Plaintiff</u>                                             <u>Defendant</u>

    Unknown at this time.

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

    <u>Plaintiff</u>                                             <u>Defendant</u>

    Unknown at this time.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.    How many exhibits do you anticipate using at trial?

|                           Plaintiff | Defendant |
|---|---|
| | Unknown at this time. |

**D.    PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

|                                Plaintiff |                                Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not  requested<br>Reasons: | Pretrial conference ☒ is ☐ is not  requested<br>Reasons:<br><br>    See Section F. |

|                                Plaintiff |                                Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>:<br><br>(*date*) _____ | Pretrial conference should be set <u>after</u>:<br><br>(*date*) _____ |

**E.    SETTLEMENT:**

1.    What is the status of settlement efforts?

2.    Has this dispute been formally mediated?    ☒ Yes    ☐ No
      If so, when?
       March 2016

3.    Do you want this matter sent to mediation at this time?

|                    Plaintiff |                    Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 3                                    **F 7016-1.STATUS.REPORT**

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<u>Plaintiff</u>                                      <u>Defendant</u>

☒ I do consent                              ☒ I do consent
☐ I do not consent                        ☐ I do not consent
to the bankruptcy court's entry of a final judgment          to the bankruptcy court's entry of a final judgment
and/or order in this adversary proceeding.                        and/or order in this adversary proceeding.


**G.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiffs: Plaintiffs request that the status conference be continued for six (6) months.

Defendants Liberty Asset Management Corporation and Oak River Asset Management LLC (the "Defendants"): The Defendants agree with Plaintiffs that, until the subject property located at 119 Furlong Lane, Bradbury CA 91008 (the "Property") is sold, it would premature to continue with the litigation.  The Property is currently in the procesa of being repaired and marketed for sale.  As a result, the Defendants also request a six (6) month continuance of the status conference.


Respectfully submitted,

Date:  03/07/2017                                Date:  03/07/2017

Henshaw Law Office                          Levene, Neale, Bender, Yoo & Brill L.L.P.
Printed name of law firm                  Printed name of law firm


/s/ David S. Henshaw                        /s/ Jeffrey S. Kwong
Signature                                            Signature


David S. Henshaw                              Jeffrey S. Kwong
Printed name                                      Printed name

Attorney for:  Plaintiffs                        Attorney for:  Defendants Liberty Asset Management
                                                             Corporation and Oak River Asset Management LLC

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 4                              **F 7016-1.STATUS.REPORT**