1 | UZZI O. RAANAN (State Bar No. 162747)
  | uraanan@dgdk.com
2 | DANNING, GILL, DIAMOND & KOLLITZ, LLP
  | 1900 Avenue of the Stars, 11th Floor
3 | Los Angeles, California 90067-4402
  | Telephone:   (310) 277-0077
4 | Facsimile:   (310) 277-5735

5 | Attorneys for Ta-Lin Hsu, TLH REO
  | Management, LLC, and Han Ding Holding, LTD,
6 | erroneously sued as Handing Holding.

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

| | |
|---|---|
| 11 In re | Case No. 2:16-bk-13575-ER |
| 12 LIBERTY ASSET MANAGEMENT CORPORATION, | Chapter 11 |
| 13 | |
| Debtor. | |
| 14 | Adv. No. 2:16-ap-01278-ER |
| 15 AHA 2012 LLC, a California limited liability company; FRANK LEE, Co-Trustee of THE LEE LIVING TRUST DATED 6/23/1987; CHRISTOPHER D. LEE, an individual; YCJS 2012 LLC, a California limited liability company; RICHBEST HOLDING LLC, a California limited liability company, | **STIPULATION FOR DISMISSAL OF ALL CLAIMS FOR RELIEF ALLEGED AGAINST TA-LIN HSU, TLH REO MANAGEMENT, LLC, AND HANDING HOLDING, LTD (FRBP 7041(a)(2))** |
| 16 | |
| 17 | |
| 18 | |
| 19     Plaintiff, | |
| 20     vs. | |
| 21 BENNY KO, aka BENN KO, aka TZU PING KO, aka BENNY KIRK, aka BENJAMIN J. KIRK, aka BENNY T. Ko, aka BENNY PING KO, an individual; LUCY GAO, aka XIANGXIN GAO, aka XIANG XIN GAO, aka LUCY G. SHE, aka FEI L. GAO, an individual; VANESSSA LAVENDERA, aka VANESSA VAN HOLLAND, an individual; SHELBY HO, aka TSAI-LUAN HO, an individual; TA-LIN HSU, an individual; LIBERTY CAPITAL MANAGEMENT, INC., a California corporation; LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation; PACIFIC SUNSHINE INVESTMENTS LLC, a | Date:     September 12, 2017 Time:     10:00 a.m. Ctrm.:     1568 |
| 22 | |
| 23 | |
| 24 | |
| 25 | 255 E. Temple St. Los Angeles, CA 90012 |
| 26 | |
| 27 | |
| 28 | |

1447878.1  26562

1

California limited liability company; OAK
RIVER ASSET MANAGEMENT LLC, a
California limited liability company;
BRADBURY FURLONG LLC, a California
limited liability company; TLH REO
MANAGEMENT LLC, a California limited
liability company; HANDING HOLDING,
business form unknown; and DOES 1 through
50, inclusive,

Defendant.

It is hereby stipulated by and between plaintiffs AHA 2012 LLC, Frank Lee, Co-Trustee of

The Lee Living Trust Dated 6/23/1987, Christopher D. Lee, YCJS 2012 LLC, and Richbest

Holding LLC (collectively, "Plaintiffs"), on the one hand, and defendants Ta-Lin Hsu, TLH REO

Management, LLC, and Han Ding Holding, LTD, erroneously sued as Handing Holding

(collectively, the "Defendants"), on the other hand, *inter alia*, that all claims for relief alleged by

Plaintiffs against the Defendants in the above-entitled adversary proceeding shall be dismissed with

prejudice.  Plaintiffs' claims for relief asserted against all other named defendants in this adversary

proceeding shall not be dismissed pursuant to this Stipulation.

Dated: September____, 2017

HENSHAW LAW OFFICE

By: _____

David S. Henshaw
Attorneys for AHA 2012 LLC, Frank
Lee, Co-Trustee of The Lee Living
Trust Dated 6/23/1987; Christopher D.
Lee, YCJS 2012 LLC, and Richbest
Holding LLC

1    Dated: September 7, 2017                    DANNING, GILL, DIAMOND & KOLLITZ, LLP

2

3

4                                               By: _____

5                                                   Uzzi O. Raanan
                                                    Attorneys for Ta-Lin Hsu, TLH REO
6                                                   Management, LLC, and Han Ding Holding,
                                                    LTD
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1447878.1  26562                                 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION FOR DISMISSAL OF ALL CLAIMS FOR RELIEF ALLEGED AGAINST TA-LIN HSU, TLH REO MANAGEMENT, LLC, AND HANDING HOLDING, LTD (FRBP 7041(a)(2)) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  September 7, 2017  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On  September 7, 2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  September 7, 2017 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

BY PERSONAL DELIVERY BY ALSSI ON 9/8/17
The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 7, 2017 | Beverly Lew | |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

John-Patrick M Fritz on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

David B Golubchik on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David S Henshaw on behalf of Plaintiff AHA 2012 LLC
david@henshawlaw.com, info@henshawlaw.com

David S Henshaw on behalf of Plaintiff CHRISTOPHER D. LEE
david@henshawlaw.com, info@henshawlaw.com

David S Henshaw on behalf of Plaintiff FRANK LEE, Co-Trustee of THE LEE LIVING TRUST DATED
6/23/1987
david@henshawlaw.com, info@henshawlaw.com

David S Henshaw on behalf of Plaintiff YCJS 2012 LLC
david@henshawlaw.com, info@henshawlaw.com

Eve H Karasik on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
ehk@lnbyb.com

Jeffrey S Kwong on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Uzzi O Raanan, ESQ on behalf of Interested Party Courtesy NEF
uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Stephen R Wade on behalf of Defendant LUCY GAO, aka XIANGXIN GAO, aka XIANG XIN GAO, aka
LUCY G. SHE, aka FEI L. GAO
srw@srwadelaw.com, reception@srwadelaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE