

**FILED & ENTERED**

**JUL 20 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Liberty Asset Management Corporation, Debtor | Case No.:   2:16-bk-13575-ER<br>Adv. No.:   2:16-ap-01278-ER |
| AHA 2012 LLC et al.,<br><br>Plaintiffs<br><br>v.<br><br>Liberty Asset Management Corporation et al.,<br><br>Defendants | **ORDER SETTING CONTINUED STATUS CONFERENCE FOR NOVEMBER 13, 2018, AT 10:00 A.M.**<br><br>Date:       July 17, 2018<br>Time:      10:00 a.m.<br>Location: Ctrm. 1568<br>              Roybal Federal Building<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

Having conducted a Status Conference at the above-captioned date and time, the Court HEREBY ORDERS as follows:
1) A continued Status Conference is set for **November 13, 2018, at 10:00 a.m.**
2) A Joint Status Report must be submitted by no later than fourteen days prior to the hearing.

IT IS SO ORDERED.

###

Date: July 20, 2018

Ernest M. Robles
United States Bankruptcy Judge