| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY V. RICHARDS (CA SBN 102300)<br>GAIL S. GREENWOOD (CA SBN 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail:  jrichards@pszjlaw.com<br>           ggreenwood@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  Los Angeles Division**

| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California Corporation,<br><br>Debtor(s). | CASE NO.: 2:16-bk-13575-ER<br><br>ADVERSARY NO.: 2:16-ap-01278<br><br>CHAPTER: 11 |
|---|---|
| AHA 2012 LLC; FRANK LEE, Co-Trustee of THE LEE LIVING TRUST DATED 06/23/1987; CHRISTOPHER D. LEE; YCJS 2012 LLC; RICHBEST HOLDING LLC<br><br>Plaintiff(s).<br>vs.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, et. al.,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:        11/13/18<br>TIME:        10:00 a.m.<br>COURTROOM:   1568<br>ADDRESS:     255 E. Temple Street<br>             Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A.  PLEADINGS/SERVICE:**

1.  Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2.  Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3.  Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4.  Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                           Page 1                           **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below *(or on attached page):*

Plaintiffs: The Plaintiffs are informed and believe that Vanessa Van Holland has not filed and served answers to the Claims Documents.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| See Section G | See Section G |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| See Section G | See Section G |

   3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| See Section G | See Section G |

   4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| See Section G | See Section G |

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial *(including rebuttal stage if applicable)?*

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. | Unknown at this time. |

   2. How many witnesses do you intend to call at trial *(including opposing parties)?*

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. | Unknown at this time. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

|Plaintiff|Defendant|
|---|---|
|Unknown at this time.|Unknown at this time.|

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested<br>Reasons: | Pretrial conference ☐ is ☒ is not requested<br>Reasons: |
| See Section F. | See Section F. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) _____ | Pretrial conference should be set after:<br>(*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   Defendants:  The Parties have conferred regarding Plaintiffs' proofs of claim against Liberty and Oak River.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?

   March 2016

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

**Plaintiff**
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**Defendant**
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

The property located at 119 Furlong Lane, Bradbury, CA 91008 (the "Furlong Property") was sold for $6.9 million pursuant to a sale order entered in the bankruptcy of Oak River Asset Management LLC ("Oak River") dated 8/23/18. Plaintiffs entered certain investment contracts with Liberty for the alleged purchase of fractional ownership interests in the Furlong Property, and filed proofs of claim against Oak River and Liberty. The Plan Administrator has reserved funds for payment of the proofs of claim. Oak River's CRO estimates that after payment of the proposed Prolien settlement (mechanics lien) and professional fees, the Oak River estate will hold approximately $2.9 million.

The Plan Administrator and Oak River have filed a joint objection to Plaintiffs' proofs of claim filed in the Oak River bankruptcy [Docket No. 152], which is scheduled for hearing on 12/4/18. The Plan Administrator will also file limited objections to Plaintiffs' proofs of claim filed in the Liberty bankruptcy.

Per Defendants: The Plan Administrator and Oak River request a further continuance of the status conference until after the claim objections have been resolved.

Respectfully submitted,

Date: 10/30/18

Henshaw Law Office
Printed name of law firm

/s/
Signature

David S. Henshaw
Printed name

Attorney for: Plaintiffs

Date: 10/30/18

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

/s/ Gail S. Greenwood
Signature

Gail S. Greenwood
Printed name

Attorney for: Bradley D. Sharp, Plan Administrator for Liberty Asset Management Corp.

Respectfully submitted,

Date: 10/30/18

Levene, Neale, Bender, Yoo & Brill LLP
Printed name of law firm

/s/ Jeffrey S. Kwong
Signature

Jeffrey S. Kwong
Printed name

Attorney for: Oak River Asset Management LLC

Respectfully submitted,

Date: 10/30/18

Law Office of Stephen R. Wade PC
Printed name of law firm

/s/
Signature

Stephen R. Wade
Printed name

Attorney for: Defendant Lucy Gao

Date: 10/30/18

Zolkin Talerico LLP
Printed name of law firm

/s/
Signature

Derrick M. Talerico
Printed name

Attorney for: Defendant Benjamin Kirk

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
150 California Street, 15th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* October 30, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* October 30, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* October 30, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**OVERNIGHT MAIL**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 30, 2018 | Rebecca Rosales | /s/ Rebecca Rosales |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **John-Patrick M Fritz**    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **David S Henshaw**    david@henshawlaw.com, info@henshawlaw.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Uzzi O Raanan**    uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Stephen R Wade**    srw@srwadelaw.com, reception@srwadelaw.com

2. **SERVED BY UNITED STATES MAIL:**

Benjamin Kirk (aka Benny Ping Ko)
c/o Derrick M. Talerico
Zolkin Talerico
12121 Wilshire Blvd., Ste. 1120
Los Angeles, CA  90025-1164

Tsai Luan Ho (aka Shelby Ho)
c/o James A. Hinds
Hinds & Shankman, LLP
21257 Hawthorne Blvd., 2nd Fl
Torrance, CA  90503

Lucy Gao
c/o Stephen R. Wade
Law Office of Stephen R. Wade PC
405 N Indian Hill Blvd
Claremont, CA  91711

Benjamin Kirk (aka Benny Ping Ko)
2648 E. Workman Ave., #3001-263
West Covina, CA  91791

Andrea A. Wirum
c/o Charles P. Maher
Rincon Law, LLP
200 California St., Ste. 400
San Francisco, CA  94111

Richbest Holding LLC
c/o Minyu Jessica Chang
3832 Sequoia Creek Court
San Jose, CA  95121

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 7    **F 7016-1.STATUS.REPORT**