| | |
|---|---|
| 1 | David S. Henshaw SBN 271226 |
| 2 | HENSHAW LAW OFFICE |
|   | 1871 The Alameda |
| 3 | Suite 333 |
|   | San Jose, CA 95126 |
| 4 | (408) 533-1075 |
| 5 | (408) 583-4016 Fax |
| 6 | Attorney for Plaintiffs AHA 2012, LLC, |
|   | YCJS 2012 LLC, The Lee Living Trust |
| 7 | dated 06/23/1987, and Christopher Deryen Lee |

> **FILED & ENTERED**
>
> APR 29 2019
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY** gonzalez **DEPUTY CLERK**

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.:   2:16-bk-13575-ER |
| LIBERTY ASSET MANAGEMENT CORPORATION, | Chapter 11 |
|  | Adv. No.:   2:16-ap-01278-ER |
| Debtor. | **ORDER DISMISSING CLAIMS** |
| AHA 2012 LLC et al., | Place: Courtroom 1568 |
|  | Roybal Federal Building |
| Plaintiffs, | 255 E. Temple Street |
|  | Los Angeles, CA 90012 |
| v. | |
|  | Judge: Honorable Ernest M. Robles |
| BENNY KO, et al. | |
| Defendants. | |

The Court, having reviewed the Stipulation to Dismiss Claims executed by Plaintiffs AHA 2012, LLC, YCJS 2012 LLC, Frank Lee, Co-Trustee of the Lee Living Trust dated June 23, 1987, and Christopher Lee ("Plaintiffs"), on the one hand, and Defendants LIBERTY ASSET MANAGEMENT CORPORATION and OAK RIVER ASSET MANAGEMENT, LLC ("Defendants"), on the other hand, and it appearing that good cause exists,

**IT IS ORDERED THAT:**

1. All claims for relief now pending against Defendants in the above-titled adversary proceeding are dismissed with prejudice.

### 

Date: April 29, 2019

Ernest M. Robles
United States Bankruptcy Judge